**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Hamili MILLIGAN, a.k.a. Hamili Anthony Milligan, Defendant–Appellant.**

**No. 08–13216**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 19, 2009.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, Karin B. Hoppmann, Tampa, FL, for Plaintiff–Appellee.

Hamili Milligan, Estill, SC, pro se.

Before TJOFLAT, DUBINA and HILL, Circuit Judges.

PER CURIAM:

Jacqueline Simms–Petredis, appointed counsel for Hamili Milligan, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the decision of the district court is **AFFIRMED.**